ORIGINAL

FORM 2
COVER SHEET

MS Word

# In The United States Court of Federal Claims

RECEIVED OVER THE COUNTER
SEP 10 2007
THE OFFICE OF THE CLERK U.S. COURT OF FEDERAL CLAIMS

Cover Sheet

Plaintiff(s) or Petitioner(s)
FFTF Restoration Company, LLC

FC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name Firestone (Hodges) .1(c)): William A. Shook

Firm: Kirkpatrick & Lockhart Preston Gates Ellis LLP

07-659 C

Post Office Box:

Street Address: 1601 K Street, NW

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: (202) 778-9000 (ph); (202) 778-9100 (f)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 4
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O E
See attached sheet for three-digit codes.

Amount Claimed: $ 4,073,373
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.