ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 10 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FFTF RESTORATION COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NUMBER<br><br>07-659 C<br><br>JUDGE: Firestone |

## DISCLOSURE STATEMENT

Plaintiff, FFTF Restoration Company, LLC pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, hereby notifies the Court that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

William A. Shook
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006
Tel: (202) 778-9000
Fax: (202) 778-9100

Date: September 10, 2007