IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FFTF RESTORATION COMPANY, LLC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-659C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Stephen C. Tosini, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11014
Washington, D.C. 20530
Phone: (202) 616-5196
Fax: (202) 514-7965
Email: Stephen.Tosini@usdoj.gov

Attention: Classification Unit
8th Floor

s/Stephen C. Tosini
Stephen C. Tosini
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: September 26, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 26th day of September, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen C. Tosini