**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FFTF RESTORATION COMPANY, LLC | ) | |
| Plaintiff | ) | No. 07-659 |
| | ) | (Judge Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff FFTF Restoration Company, LLC, respectfully moves this court pursuant to Rule 6.1 of the Rules of the Court of Federal Claims for an enlargement of time to file its Response to Defendant's Motion to Dismiss files on November 7, 2007. Plaintiff's Response is currently due on December 10, 2007. We request that the court grant Plaintiff seven additional days to file its response, until December 17, 2007, due to the unanticipated travel schedule of plaintiff's counsel. We have discussed this Motion with counsel for Defendant who has represented that he has no objection.

Additionally, due to the intervening holiday schedule, we respectfully request that the court order the following briefing schedule with respect to Defendant's Motion to Dismiss, which counsel for Plaintiff and Defendant have agreed upon:

December 17, 2007: Plaintiff's Response due.

January 7, 2008: Defendant's Reply due.

Therefore we respectfully request that the court grant our Motion for an Enlargement of Time and modify the briefing schedule relating to Defendant's Motion to Dismiss as detailed above.

Respectfully submitted,

s/ William A. Shook
William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9001

Date: December 5, 2007