# In the United States Court of Federal Claims

**No. 07-659C**
**(Filed: December 7, 2007)**

* * * * * * * * * * * * * * * * *
*
**FFTF RESTORATION** *
**COMPANY, LLC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's unopposed motion, filed December 5, 2007, for an enlargement of time to file its response to defendant's motion to dismiss is **GRANTED**. Accordingly, the briefing schedule is amended as follows:

| | |
|---|---|
| **December 17, 2007** | Plaintiff's response |
| **January 7, 2008** | Defendant's reply |

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge