# In the United States Court of Federal Claims

**No. 07-659C**
**(Filed: January 30, 2008)**

* * * * * * * * * * * * * * * * *

**FFTF RESTORATION COMPANY, LLC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Oral argument on the defendant's motion to dismiss shall be heard on **Wednesday, February 13, 2008 at 1:30 pm eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number will be posted in the lobby on the day of the argument.

In particular, the parties should be prepared to address the question of whether or not amending the complaint to add 28 U.S.C. § 1491(b) as a basis for jurisdiction would obviate the need to resolve the government's motion.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge