# In the United States Court of Federal Claims

**No. 07-659C**
**(Filed: February 14, 2008)**

* * * * * * * * * * * * * * * * *
*
**FFTF RESTORATION** *
**COMPANY, LLC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Based on the hearing held February 13, 2008 and plaintiff's representation that it would amend its complaint to include 28 U.S.C. § 1491(b) as a basis for jurisdiction by **Tuesday, February 19, 2008**, defendant's motion to dismiss is **STAYED**.

The court hereby **SCHEDULES** a status conference for **Monday, March 17, 2008 at 4:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 778-9000; counsel for defendant at (202) 616-5196. The court will initiate the call. The parties should be prepared to discuss the next steps in the litigation.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge