IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FFTF RESTORATION COMPANY, LLC , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-659C |
| v. | ) | (Judge Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 28 days, to and including April 4, 2008, within which to prepare and file its response to plaintiff's amended complaint. The Government's response currently is due by March 7, 2007. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, Victor G. Vogel, and was informed that counsel of record, William Shook, could not be reached to provide his view upon this motion for enlargement of time.

The Government has been working diligently and has compiled the administrative record in this bid protest action, which was certified pursuant to the Court's Rules on March 4, 2008. However, lead counsel for the Department of Energy will be unavailable to assist in our response to the amended complaint

until March 15, 2008. Moreover, a four-week extension will allow the undersigned counsel to fashion a response to the amended complaint that incorporates both the points raised in response to the original complaint and the facts contained in the administrative record of the cancellation of Solicitation No. DE-RP06-04RL14600.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ BRYANT G. SNEE
Deputy Director

/s/ STEPHEN C. TOSINI
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-5196
Fax: (202) 514-7969
Attorneys for Defendan8

OF COUNSEL:
DON W. CROCKETT
Office of the General Counsel
U.S. Department of Energy
Washington, D.C.

March 4, 2007

**CERTIFICATE OF FILING**

I hereby certify that on March 4, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR EXTENSION OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Stephen C. Tosini