IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FFTF RESTORATION COMPANY, LLC , | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-659C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

The Cancellation of Solicitation No. DE-RP06-04RL14600

I, Mark W. Frei, was the Source Selection Official for the above referenced Solicitation for the Fast Flux Test Facility (FFTF) Closure Project at DOE's Richland, Washington facility. On my recommendation, Solicitation No. DE-RP06-04RL14600 was officially cancelled on December 22, 2005.

I hereby certify that the following documents constitute the complete Administrative Record relevant to the decision by the Department of Energy to cancel the subject solicitation which is the subject of the Complaint filed by FFTF Restoration Company, LLC in case No. 07-659C.

The documents contained in the Administrative Record are the documents required to be maintained in accordance with FAR § 4.803, as well as the documents identified in Appendix C to the Rules of the United States Court of Federal Claims. The documents have been organized as they are maintained in this agency's files.

Executed this 3rd Day of March, 2008.

Mark W. Frei

Mark W. Frei

**INDEX OF THE ADMINISTRATIVE RECORD**
**FOR THE CANCELLATION OF SOLICITATION NO. DE-RP06-04RL14600**


| Pg. | Description |
|---|---|
| AR1-7 | Memorandum re "Concur in the cancellation of the Fast Flux Test Facility (FFTF) Closure Project solicitation" by Mark Frei, dated December 16, 2005, initialed by James Rispoli on December 22, 2005 |
| AR8-15 | Meeting Agenda and presentation documents, dated November 29, 2005 |
| AR16 | Memorandum to the file concerning cancellation, by Andrew H. Wirkkala, dated December 22, 2005 |
| AR17 | Letter from Andrew H. Wirkkala to Michael Korenco, dated December 22, 2005 |

**Department of Energy**
Washington, DC 20585

December 16, 2005

SOURCE SELECTION INFORMATION – SEE FAR 3.104

MEMORANDUM FOR: JAMES A. RISPOLI
ASSISTANT SECRETARY
FOR ENVIRONMENTAL MANAGEMENT

FROM: MARK W. FREI
SOURCE SELECTION OFFICIAL
FFTF CLOSURE PROJECT SOLICITATION

THRU: KEITH A. KLEIN
MANAGER, RICHLAND OPERATIONS OFFICE

SUBJECT: ACTION: Concur in the cancellation of the Fast Flux Test Facility (FFTF) Closure Project solicitation, get the facility to a lower risk status, and put the facility in a long-term and low-cost surveillance and maintenance mode.

ISSUE

The Source Selection Official (SSO) recommends cancellation of solicitation No. DE-RP06-04RL14600 for the deactivation and decommissioning of the FFTF. The Department of Energy (DOE) began developing the strategy for this project nearly three years ago. As explained below, the acquisition has encountered several delays, including a successful protest of the initial award. During recent weeks, the Administration has made decisions that result in significantly reduced funding for Environmental Management (EM) projects. Moreover, federal, state and local stakeholders have urged DOE to devote the limited funds available for environmental work at Hanford to projects which are seen to pose higher environmental hazards than FFTF. Therefore, DOE will need to shift funding from FFTF to higher priority EM projects. Consequently, deactivation and decommissioning work needs to be redefined downward to accommodate budgetary constraints.

In addition, due to the inevitable postponement of a record of decision (ROD) for an environmental impact statement (EIS) which is a precondition for work on one of two major contract line item numbers (CLINs) in this project, DOE will not be able to meet the date set in the solicitation for a decision on that CLIN. As a result, if the procurement proceeds, DOE will need to amend the solicitation and allow additional time for submission of new proposals.

Printed with soy ink on recycled paper

Finally, an incumbent contractor has been working on the deactivation of the FFTF throughout this procurement. Consequently, the monetary value of this award diminishes each day that it is not awarded. With the most recent known delays in this acquisition, the residual work scope (CLIN 1) and period of performance is likely to be so small as not to be cost effective, either for the awardee or the Government.

The SSO, in consultation with the Richland Operations Office (RL), the Office of General Counsel (GC), and the Office of Procurement and Assistance Management (PRO) has examined a range of options on how best to proceed. The advantages and disadvantages of each option were evaluated and thoroughly discussed. As a consequence of these discussions and analyses, the SSO recommends that this solicitation be cancelled and the incumbent site contractor proceed with the minimum work required to bring the facility to a low risk status for a long term and low cost surveillance and maintenance mode.

Federal Acquisition Regulations (FAR) reserves the decision regarding this action to the Contracting Officer (CO). The CO has been directly involved throughout the analysis that results in the recommendation of this memorandum. Based on your concurrence, the CO intends to cancel the procurement in accordance with the requirements of the FAR.

BACKGROUND

The FFTF is a 400 megawatt test reactor at the Hanford Site that was placed in hot standby in April 1992, after 10 years of operation. In December 1993, a decision was made to proceed with shut down. A National Environmental Policy Act (NEPA) Environmental Assessment and a Finding of No Significant Impact (FONSI) were completed for FFTF permanent shutdown and deactivation in May 1995. The fuel was removed from the reactor vessel, and stored in FFTF fuel storage vessels. Fueled components began to be cleaned of their sodium residue and placed in dry storage casks destined for storage in the 200 Area. Of the facility's 100 plant systems, 22 were deactivated. A Sodium Storage Facility was constructed at FFTF to store the sodium coolant to be drained from the plant.

In January 1997, DOE decided to place an interim limitation on deactivation work at FFTF to those activities that would not prohibit the facility from being returned to service while the facility's capacity to produce tritium and medical isotopes was studied. By January 2001, however, the Nuclear Infrastructure Programmatic Environmental Impact Statement and the corresponding Record of Decision (ROD) were issued, reaffirming the earlier decision for the permanent shutdown and deactivation of FFTF. In April 2001, DOE suspended the FFTF decision to allow for further review of future use of the FFTF. Following this review, in December 2001, DOE announced that it would proceed with the permanent deactivation of FFTF.

In 2003, a strategy was developed to implement the entire FFTF Closure Project through a small business set aside acquisition. The scope of the solicitation included both the ongoing deactivation, as well as any decommissioning of the FFTF. Although no decision had yet been made under NEPA to determine what the end-state would be under the decommissioning phase, the solicitation would compete the entire scope of work for the FFTF Closure Project, including its decommissioning based on the assumption that the likely end-state would be entombment of the reactor vessel in the containment structure. However, the start of decommissioning work is conditioned on the issuance of the FFTF Closure Project EIS and ROD.

In December 2003, DOE issued a Request for Proposals (RFP) set-aside for small business to complete deactivation and entombment of the FFTF. The RFP informed the potential offerors that if complete removal or another alternative were chosen as the end-state, an amendment would be negotiated after award. Because the scope of work was well defined, and continued funding was believed to be assured, a CPIF contract type was chosen to shift more risk to the contractor and provide incentive for performance improvement. The government's independent cost estimate was approximately $350M.

The DOE also determined that the incumbent on site, Fluor Corporation, would continue with deactivation work pending award of the new contract. Fluor began this work in December 2001 and is performing approximately $3.8 million of work per month.

Five proposals were received in February 2004. Following evaluation of the offers, the CO established a competitive range of three offerors in May 2004 and awarded the contract to SEC Closure Alliance (SCA) in September 2004 for $235 million. The two unsuccessful offerors, EPW Closure Services (EPW) and FFTF Restoration Company (FRC), protested the award to the Government Accountability Office (GAO). In January 2005, GAO denied EPW's protest but sustained FRC's protest and recommended that DOE amend the solicitation, reopen discussions, obtain revised proposals, and evaluate the proposals in a manner consistent with the solicitation requirements. As a result of the sustained protest, DOE amended the RFP to address GAO's recommendation and to update the RFP to reflect current programmatic needs.

The amended RFP was issued in April 2005 to all three offerors in the competitive range. Among other revisions, the RFP divided the scope of work into separate CLINs: (1) deactivation and (2) decommissioning, demolition and environmental restoration. While CLIN 1 was to be issued at award, the RFP stated that DOE would evaluate the feasibility of CLIN 2 upon receipt of the FFTF Decommissioning EIS and ROD and committed to decide whether to execute CLIN 2 not later than December 31, 2006. DOE fully expected to issue CLIN 2 and, accordingly, the costs of CLIN 2 have been evaluated as part of total proposed cost.

The offerors submitted revised proposals in June 2005. The Source Evaluation Board (SEB) determined that each of the offeror's proposals had material problems that precluded award without discussions. DOE furnished discussion questions to each of the competitive range offerors in August and received responses during September and October. After evaluation of the responses and revisions to proposals, the SEB prepared a draft final report in November. The CO expected to call for final revised proposals in early December and award the contract before the end of this year.

However, in the latter part of October, the procurement officials first learned that the FFTF EIS likely would be integrated with a more comprehensive EIS for the cumulative impacts of groundwater and other environmental conditions at Hanford. That integration would delay a ROD on FFTF decommissioning until at least the latter part of 2007, and perhaps longer. Therefore, DOE would not be able to fulfill its commitment to decide whether to execute CLIN 2 by December 2006.

Moreover, in November, DOE learned that the OMB passback level for EM funding had been reduced 16% from the FY 2006 appropriations level. Several EM projects at Hanford pose higher environmental threats than FFTF and are considered of higher priority. In addition, these higher priority projects are experiencing cost growth, such that they will require a higher proportion of EM Hanford funding. Therefore, DOE will not have sufficient funds to support FFTF at the level anticipated in the revised RFP issued in April.

ISSUES AND ANALYSIS

As a result of the following three developments, it clearly is no longer in DOE's best interests to proceed with this procurement: (1) budget constraints will significantly affect the funding available for all EM projects at Hanford in FY 2007 and beyond, requiring a substantial reduction in funding available for FFTF; (2) the RFP now is incorrect in stating that a decision whether to execute CLIN 2 will be made by December 2006, requiring further revisions to the RFP and additional delays in any award; and (3) steady progress by the incumbent contractor on deactivation of FFTF continues to diminish the scope of this procurement and the potential revenue for any awardee.

- Funding – The RFP projects that DOE will provide $44 million annually through contract completion. The FY 2007 OMB passback level for EM is 16% lower than the FY 2006 appropriations level. In addition, costs have escalated dramatically for more critical EM projects at Hanford, such as K Basin's sludge, Waste Treatment Plant, and plutonium secure storage. Federal, state and local stakeholders have urged DOE to prioritize these projects ahead of FFTF. As a result, the cost of FFTF will need to either reduced or stretched out over a longer period of time, and

the scope of work both for deactivation and decommissioning redefined accordingly.

- Execution of CLIN 2 -- The RFP requires receipt of a Decommissioning EIS and ROD before exercise of CLIN 2, and commits DOE to a decision on execution not later than December 31, 2006. Offerors have developed solutions and priced their proposed based on this commitment. All offerors' proposals appear to anticipate the commencement of some decommissioning work (CLIN 2) before deactivation (CLIN 1) would be complete. Depending on the offeror, the cost of CLIN 2 ranges between approximately 30% to 45% of the total proposed contract price. It is now clear that DOE will not be able to decide whether to execute CLIN 2 by the date in the RFP. EM is consolidating the Hanford groundwater cumulative impact analyses and modeling efforts into a single Hanford groundwater analysis. The output of that analysis would not be available until the Tank Closure EIS[1] is completed, estimated in the 2008 timeframe. Early indications are that the FFTF EIS may be pulled into the expanded Tank Closure EIS, which would require that demobilization occur after the deactivation work scope is complete, awaiting a final end-state decision sometime in 2008. Even if a separate EIS for FFTF were allowed, which appears unlikely, the December 2006 date specified in the RFP cannot be met. Consequently, the Government would need to amend this solicitation and allow offerors to revise their proposals, then reevaluate the revised proposals, and possibly conduct additional negotiations. Consequently, if the procurement proceeds, award could not occur before spring of 2006.

- Progress on Deactivation by Incumbent – The scope of work has waned significantly since the acquisition strategy was originally approved in 2003. As a result of delays in award, the remaining work on deactivation continues to diminish. The original acquisition strategy decision contemplated deactivation work scope to include fuel cleaning and fuel offload as well as the draining of sodium from a number of FFTF's coolant and storage systems and systems shutdown. Much of this work has been completed or will soon be completed. Only a limited amount of fuel remains to be offloaded, and only one major sodium tank remains to be drained. It is anticipated that the existing incumbent contractor could complete these activities within a year, enabling FFTF to be placed in a long-term, low-cost surveillance and maintenance mode to reduce it from a nuclear facility to a radiological facility containing primarily industrial hazards and relatively low radiological risk. Although some sodium hazard would remain, the facility could be placed into a surveillance and maintenance mode with little risk. This approach is consistent with the

[1] The formal title of this EIS is the "EIS for Retrieval, Treatment, and Disposal of Tank Waste and Closure of Single Shell Tanks at the Hanford Site."

recommendations by EPA and the Washington State Department of Ecology as conveyed to DOE in a January 2005 letter.

Given these issues that affect the path forward, EM has examined a full range of options for consideration. Each option was analyzed using decision criteria of mission success,
funding availability, NEPA, regulator stakeholder interests, cost and schedule, acquisition objectives, and small business interests. In the ensuing discussions of the options, several factors have emerged with the greatest impact on the procurement process:

- In determining the extent of deactivation work scope that should be completed before demobilization, EM must balance cost and reductions in risk and long-term surveillance and maintenance costs;
- Completion of both deactivation and decommissioning work scopes at this time is very unlikely because of budget constraints and the need to shift funds to higher priority projects. Therefore, only the minimum deactivation consistent with a long term, low cost surveillance mode should be pursued.
- Due to a greatly reduced scope from the existing RFP statement of work, and unavoidable delays in reaching a decision on CLIN 2 from the date stated in current RFP, DOE cannot award the contract without substantial revisions to the RFP, which themselves may be so material as to require canceling the solicitation.
- The modification of the RFP to redefine the scope and establish a realistic timeframe for CLIN 2 would entail significant delays in award, which render the residual work scope and period of performance to be so small as to be not cost effective for award.

CONCLUSION

In light of the factors examined above, the SSO believes that the best path forward is to cancel the FFTF Project Closure solicitation, get the facility to a lower risk deactivated status, and put the facility in a long-term, low-cost surveillance and maintenance mode. This is not a decision reached casually or lightly. In making this recommendation, the SSO has considered the costs expended by the small businesses that have participated in this procurement. Until very recently, the SSO fully expected to select one of those small businesses for award under the current solicitation. Unfortunately, for reasons stated above, the SSO reluctantly has concluded that it is not in the Government's best interests to continue with this solicitation. Cancellation of the solicitation represents the only appropriate course of action to minimize further costs both to DOE and the remaining offerors.

RECOMMENDATION
Concur in the following three actions: (1) cancel the FFTF closure project solicitation; (2) get the facility to a lower risk state; and (3) put the facility in a long term, low-cost, surveillance and maintenance mode.

Concur: JA Rispoli

Non-Concur: ___________

Date: 12-21-05

# MEETING AGENDA
# FFTF ACQUISITION PATH FORWARD
11/29/05

1. Purpose of Meeting (Frei)

2. Acquisition History (Frei)

3. Issues Related to Acquisition (Frei and Klein)

4. Acquisition Options and Analysis (Erickson)

5. Discussion (All)

FFTF Closure Project
Acquisition History

| Event | Date |
|---|---|
| • Final RFP Issued | 12/03 |
| • Competitive Range Established (5 bidders to 3 bidders) | 5/04 |
| • Complete SEB Evaluation/Selection/Award Contract | 9/04 |
| • Protest Filed by 2 losing bidders with GAO | 10/04 |
| • GAO sustains 1 of 2 protests | 1/05 |
| • EPA & W-DOE letter to DOE ref: FFTF D&D Priority at Hanford | 1/05 |
| • DOE-IG Report on FFTF Acquisition | 3/05 |
| • DOE decides to proceed with Acquisition | 3/05 |
| • Amended RFP Issued (3 bidders) | 4/05 |
| • Discussions: Questions to Bidders | 8/05 |
| • Final Draft SEB Report & Cost Realism Report Completed | 11/05 |

# FFTF Timeline – Source Selection Information – See FAR 2.101 and 3.104




AR10




FFTF Options (12:00 PST November 28, 2005)

**Source Selection Information – See FAR 2.101 and 3.104**

| FFTF Options | | | | | |
|---|---|---|---|---|---|
| | AMEND SOLICITATION | | CANCEL SOLICITATION | | |
| | Continue CLIN 1 and 2 | Continue CLIN 1 Cancel CLIN 2<br>Go to S&M | Incumbent Contractor Completes CLIN 1 Scope<br>Go to S&M | Discontinue Project in FY 2007<br>Go to S&M | |
| Funding | $ in Millions | | | | |
| Annual Funding | $46 | $46 | $46 | $46 (2006); $35 (2007) | |
| FY end date | 2009-2013 | 2008-2010 | 2008-2010 | 2007[1] | |
| | | | | | |
| S&M | $ in Millions | | | | |
| Annual Funding | less than $1 | $2-3 | $2-3 | $10 | |
| | | | | | |
| Decision Criteria | | | | | *pro/con* |
| *Mission Success* | Completes full remedy and places FFTF in final end-state; applies experience of existing trained contractor workforce | Completion of deactivation provides significant; near-term reduction in risk and surveillance and maintenance; applies experience of existing trained contractor workforce | Completion of deactivation provides significant, near-term reduction in risk and surveillance and maintenance; applies experience of existing trained contractor workforce | Partial completion of deactivation with limited risk reduction; applies experience of existing trained contractor workforce | *pro* |
| | | Final remedy incomplete and will require future action to place FFTF in final end-state | Final remedy incomplete and will require future action to place FFTF in final end-state | Defers final closure; requires placement and interim storage of fuel at CSB and PFP; requires extended surveillance & maintenance of systems for remaining reactor systems | *con* |

1 Creates long-term liability to complete FFTF in the future B with significant increase to total life-cycle cost



**Source Selection Information B See FAR 2.101 and 3.104**

| FFTF Options | | | | | |
|---|---|---|---|---|---|
| | AMEND SOLICITATION | | CANCEL SOLICITATION | | |
| | Continue CLIN 1 and 2 | Continue CLIN 1 Cancel CLIN 2<br><br>Go to S&M | Incumbent Contractor Completes CLIN 1 Scope<br><br>Go to S&M | Discontinue Project in FY 2007<br><br>Go to S&M | |
| *NEPA Approach* | | Supports site-wide EIS approach; delay in ROD does not impact deactivation | Supports site-wide EIS approach; delay in ROD does not impact deactivation | Allows FFTF end-state decision to be reached prior to placing work under contract | *pro* |
| | Requires completion of ongoing EA; GFS/I commitment for 12/06 EIS ROD impossible to meet under existing NEPA strategy or site-wide EIS strategy (driven by linked cumulative impacts analyses in the FFTF EIS and site-wide EIS) | Requires completion of ongoing EA (decision to link the cumulative impacts analyses in FFTF EIS and site-wide EIS is one major contributor to eliminating CLIN 2) | Requires completion of ongoing EA (decision to link the cumulative impacts analyses in FFTF EIS and site-wide EIS is one major contributor to eliminating CLIN 2) | | *con* |
| *Regulator/ Stakeholder Interests* | | EPA Region X, WDOE, and local officials support deactivation-only end-state; limited stakeholder interest in proceeding with final end-state on FFTF | EPA Region X, WDOE, and local officials support deactivation-only end-state; limited stakeholder interest in proceeding with final end-state on FFTF | | *pro* |
| | | Tri-Party Agreement change to reflect new end-point | Tri-Party Agreement change to reflect new end-point | Tri-Party Agreement change required for all milestones | *con* |



**Source Selection Information B See FAR 2.101 and 3.104**

| FFTF Options | | | | | |
|---|---|---|---|---|---|
| | AMEND SOLICITATION | | CANCEL SOLICITATION | | |
| | Continue CLIN 1 and 2 | Continue CLIN 1 Cancel CLIN 2<br>Go to S&M | Incumbent Contractor Completes CLIN 1 Scope<br>Go to S&M | Discontinue Project in FY 2007<br>Go to S&M | |
| *Cost and Schedule* | | Deactivation provides significant reduction in surveillance and maintenance costs; could allow out year funding to be re-directed to higher priority Hanford cleanup | Deactivation provides significant reduction in surveillance and maintenance costs; eliminates uncertainty and impacts of new contract award and transition on CLIN 1 scope; could allow out year funding to be re-directed to higher priority Hanford cleanup | Allows FY 2007 and out year funding to be re-directed to higher priority Hanford cleanup | *pro* |
| | Could require amending existing solicitation to address delayed EIS/ROD | Potential delay in contract award and transition introduces uncertainty and cost/schedule impacts on CLIN 1 scope; requires immediate reprogramming action from non-defense to defense | Could require reprogramming of funds from non-defense to defense (consistent with basis to cancel solicitation) | Increased total life-cycle cost, increased surveillance and maintenance costs over extended period, and increased cost for future remedy; requires immediate reprogramming action from non-defense to defense (consistent with bases to cancel solicitation) | *con* |

| FFTF Options | | | | | |
|---|---|---|---|---|---|
| | AMEND SOLICITATION | | CANCEL SOLICITATION | | |
| | Continue CLIN 1 and 2 | Continue CLIN 1 Cancel CLIN 2<br>Go to S&M | Incumbent Contractor Completes CLIN 1 Scope<br>Go to S&M | Discontinue Project in FY 2007<br>Go to S&M | |
| *Acquisition Objectives/ Small Business Interests* | Consistent with existing acquisition objectives and small business objectives | Mitigates delay in GFS/I commitment for 12/06 EIS ROD | Mitigates delay in GFS/I commitment for 12/06 EIS ROD | | *pro* |
| | Award under current solicitation creates greater vulnerability of protest from current offerors | Requires cancellation and/or amendment of existing solicitation; amendment would result in preparation of third round of revised proposals; small business status is uncertain with only CLIN 1 scope (due to large business participation in CLIN 1 scope) | Does not meet existing acquisition objectives or major small business objective; large financial impact on small business offerors (bid and proposal costs, lost revenue); will place greater pressure for small business opportunities in future acquisitions; legal basis for cancellation currently undetermined; offerors may protest cancellation requiring DOE to defend basis for cancellation; greater vulnerability of protest from current offerors. | Does not meet existing acquisition objectives or major small business objective; large financial impact on small business offerors (bid and proposal costs, lost revenue); will place greater pressure for small business opportunities in future acquisitions; legal basis for cancellation currently undetermined; and offerors may protest cancellation requiring DOE to defend basis for cancellation. | con |

RL-F-1325.6 (02/98)

United States Government | Department of Energy

# memorandum

Richland Operations Office

BUSINESS SENSITIVE

DATE: December 22, 2005

REPLY TO
ATTN OF:

SUBJECT: CANCEL SOLICITATION NO. DE-RP06-04RL14600 – FAST FLUX TEST FACILITY

TO: Memo to the File

As the Contracting Officer for the Fast Flux Test Facility solicitation, I am familiar with the scope of work contained in Solicitation No. DE-RP06-04RL14600 and the changes to that scope of work that are necessary to fulfill the Environmental Management Program's present programmatic needs. I am also familiar with the provisions of the solicitation and the issues that have arisen since the time the amended RFP was issued in April, 2005.

I have reviewed the Source Selection Official's Memorandum to the Assistant Secretary for Environmental Management[1] recommending that this solicitation be canceled, and have been notified via electronic mail that the Assistant Secretary concurred with that recommendation. I am aware of the changes to the funding profiles for the Hanford Site, including FFTF, as well as other issues affecting the schedule for this project, particularly the protracted delay in defining the project end-state through the planned Environmental Impact Statement and Record of Decision under the National Environmental Policy Act (NEPA). I have also consulted with legal counsel regarding the standards for canceling a solicitation.

Based upon this information and the exercise of my judgment, I have determined that Solicitation No. DE-RP06-04RL14600 should be canceled at this time.

Andrew H. Wirkkala

Andrew H. Wirkkala
Contracting Officer

cc: Mark W. Frei, EM-30

[1] The memorandum to the Assistant Secretary for Environmental Management was routed through the Manager of the Richland Operations Office, the Director of the Office of Procurement and Assistance Management, and the Deputy General Counsel for Technology Transfer and Procurement.

**Department of Energy**
Richland Operations Office
P.O. Box 550
Richland, Washington 99352

December 22, 2005

06-PRO-0120

Mr. Mike Korenko
President and CEO
FFTF Restoration Company, LLC
3100 George Washington Way, Suite 106
Richland, WA 99352

Dear Mr. Korenko:

CANCELLATION OF SOLICITATION NUMBER DE-RP06-04RL14600 - HANFORD SITE FAST FLUX TEST FACILITY CLOSURE PROJECT

The purpose of this letter is to inform you that the subject solicitation for the Hanford Site Fast Flux Test Facility Closure Project (FFTFCP) is cancelled.

Cancellation of this solicitation is necessary because of budget constraints and the need to support higher-risk/higher-priority Hanford Site projects. In addition, the Government is now projecting a protracted delay in defining the project end-state, a critical milestone in the closure project, through the planned Environmental Impact Statement and Record of Decision under the National Environmental Policy Act (NEPA). Because of the budget constraints and NEPA issue, DOE has determined that it is in the Government's best interest to limit FFTFCP work scope to completion of the fuel removal, removal of bulk sodium from the facility's cooling and storage systems, and shutdown of remaining systems. The Government anticipates this limited work scope will be completed in early FY 2007. In effect, the Government is limiting FFTF work to the minimum required to bring the facility to a long-term, low-cost surveillance and maintenance mode containing primarily industrial (non-nuclear) hazards and relatively low radiological risk.

Because of the magnitude of the changes to the FFTFCP work scope, I am hereby canceling the subject solicitation. Because of the limited work scope remaining, currently being accomplished by the incumbent contractor, issuance of an amended solicitation is not in the Government's best interest and will not be forthcoming.

Please contact me at (509) 373-7835 if you have questions.

Sincerely,

Andrew H. Wirkkala

Andrew H. Wirkkala
Contracting Officer

PRO:AHW