# In the United States Court of Federal Claims

**No. 07-659C**
**(Filed: March 7, 2008)**

* * * * * * * * * * * * * * * * *

**FFTF RESTORATION COMPANY, LLC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion, filed March 4, 2008, for a 28-day enlargement of time within which to respond to plaintiff's amended complaint is **GRANTED**. Accordingly, defendant shall file its response by **Friday, April 4, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge