# In the United States Court of Federal Claims

**No. 07-659C**
**(Filed: March 17, 2008)**

* * * * * * * * * * * * * * * * *

**FFTF RESTORATION COMPANY, LLC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Based on the status conference held on March 17, 2008, the court hereby **SCHEDULES** the following:

| | |
|---|---|
| **March 21, 2008** | Plaintiff shall file a motion to supplement the Administrative Record. |
| **March 31, 2008** | Government shall file a response to plaintiff's motion. |
| **April 4, 2008** | Plaintiff shall file a reply in support of its motion. |
| **April 16, 2008** | Government shall file a combined motion to dismiss/motion for judgment on the Administrative Record. |

Any cross-motions, responses, and/or replies to the government's combined motion shall be filed in accordance with the Rules of the U.S. Court of Federal Claims.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge