IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FFTF RESTORATION COMPANY, LLC<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant | ) | No. 07-659 C<br><br>Judge Firestone |

**PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Pursuant to Rules of the U.S. Court of Federal Claims 7(b)(1), Plaintiff, FFTF Restoration Company, LLC ("FRC") respectfully moves to require Defendant to include in the administrative record all documents relevant to the FRC's First Amended Complaint. Specifically, FRC seeks at least the following documents:

1. The solicitation and all amendments thereto.

2. All documents that are related to or discuss the decision to set aside the solicitation for exclusive participation by small business concerns.

3. All documents that are related to or discuss the budget for the Fast Flux Test Facility ("FFTF") deactivation and decommissioning ("D&D") for FY 2005 through the present including but not limited to documents seen or discussed by the SSO and contracting officer.

4. All documents that are related to or discuss the work performed by the large business concern involving work described in the solicitation including but not limited to the contract between the large business concern and DOE and all solicitation-related amendments thereto.

5. All documents that are related to or discuss the position taken by federal, state, and local stakeholders with regard to the FFTF D&D received by DOE after the issuance of the solicitation.

6. All documents that are related to or discuss the FFTF Environmental Impact Statement.

7. All documents that are related to or discuss the scope of work of the FFTF D&D including but not limited to the estimated cost of that work.

8. All documents that are related to or discuss the decision to cancel the solicitation.

9. All documents that are related to or discuss the March 2005 Inspector General report on the FFTF.

10. All documents that are related to or discuss that portion of the June 25, 2007 DOE solicitation related to the FFTF D&D.

11. All documents that are related to or discuss the effort required by DOE of FRC after April 25, 2005 to continue to actively seek award of a contract pursuant to the solicitation.

A memorandum in support of this motion accompanies this motion.

Respectfully submitted,

/s/ William A. Shook

William A. Shook
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
1601 K Street NW
Washington, D.C. 20006
Tel: (202) 661-6256
Fax: (202) 778-9001
Email: bill.shook@klgates.com

Date: March 21, 2008