# In the United States Court of Federal Claims

**No. 07-659C**
**(Filed: April 15, 2008)**

* * * * * * * * * * * * * * * * *
*
**FFTF RESTORATION** *
**COMPANY, LLC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference to discuss the plaintiff's motion to supplement the Administrative Record for **Wednesday, April 16, 2008 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 778-9000; counsel for defendant at (202) 616-5196. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge