# In the United States Court of Federal Claims

**No. 07-659C**
**(Filed: May 19, 2008)**

```
* * * * * * * * * * * * * * * * *
                                  *
FFTF RESTORATION                  *
COMPANY, LLC.,                    *
                                  *
                Plaintiff,        *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                Defendant.        *
                                  *
* * * * * * * * * * * * * * * * *
```

**ORDER**

Defendant's unopposed motion, filed May 15, 2008, for a protective order is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge