**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FFTF RESTORATION COMPANY, LLC | ) | |
| Plaintiff | ) | No. 07-659 (Judge Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff FFTF Restoration Company, LLC, respectfully moves this court pursuant to Rule 6.1 of the Rules of the Court of Federal Claims for an enlargement of time to file its Reply to Defendant's "Reply in Support of Defendant's Motion To Dismiss and For Judgment Upon the Administrative Record," which also served as Defendant's Response to Plaintiff's Cross Motion For Judgment Upon the Administrative Record filed June 18, 2008.

Plaintiff's Reply is currently due on July 14, 2008. We request that the court grant Plaintiff seven additional days to file its Reply, until July 21, 2008, due to the travel schedule of Plaintiff's counsel. We have discussed this Motion with counsel for Defendant who has represented that he has no objection to this enlargement of time.

Therefore we respectfully request that the court grant Plaintiff's Motion for an Enlargement of Time to file its Reply in Support of its Cross Motion for Judgment Upon the Administrative Record.

Respectfully submitted,

s/ William A. Shook
William A. Shook
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
Tel: (202) 661-6256
Fax: (202) 778-9100

Date: July 10, 2008