# In the United States Court of Federal Claims

**No. 07-659C**
**(Filed: July 11, 2008)**

* * * * * * * * * * * * * * * * *

**FFTF RESTORATION COMPANY, LLC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's unopposed motion, filed July 10, 2008, for an enlargement of time to file its reply in support of its cross motion for summary judgment on the administrative record is **GRANTED**. Accordingly, plaintiff shall file its reply by **Monday, July 21, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge